IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR 01-1148-PCT-FJM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Arthur Anthony Gill, ) | |
| ) | |
| Defendant. ) | |
| and ) | |
| ) | |
| Kayenta School District # 27 ) | |
| ) | |
| Garnishee. ) | |
| _____) | |

The court has before it defendant's objection to the writ of garnishment and request for hearing (doc. 120), the government's response and the Report and Recommendation (doc. 125). No objections have been received.

We accept the recommendation of the Magistrate Judge(doc. 125). Accordingly, it is ORDERED overruling defendant's objection to the writ of garnishment and DENYING the defendant's motion for hearing. (Doc. 120).

DATED this 23rd day of May, 2011.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge